United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Antonio Marty  
Kimberly N Johnson  
       Debtors

Case No. 12-17783-sr  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0313-2    User: PaulP    Page 1 of 2    Date Rcvd: Apr 16, 2013  
                       Form ID: 195    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 18, 2013.  
db/jdb     +Antonio Marty,    Kimberly N Johnson,    951 Johnson Street,    Chester, PA 19013-6406

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.            TOTAL: 0

      ***** BYPASSED RECIPIENTS *****  
NONE.           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 18, 2013**        **Signature:** _Joseph Speetjens_

```
District/off: 0313-2           User: PaulP               Page 2 of 2               Date Rcvd: Apr 16, 2013
                               Form ID: 195              Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 16, 2013 at the address(es) listed below:
          GARY F SEITZ    gseitz@rawle.com, de11@ecfcbis.com
          GILBERT B. WEISMAN    on behalf of    eCAST Settlement Corporation notices@becket-lee.com
          LAWRENCE S. RUBIN    on behalf of Debtor Antonio Marty echo@pennlawyer.com, foxtrot@pennlawyer.com
          ROBERT L. SALDUTTI    on behalf of Creditor  Motion Auto Sales rsaldutti@saldutticollect.com,
           lmarciano@saldutticollect.com;pwirth@saldutticollect.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                                                TOTAL: 5

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re: : Chapter 7

Antonio Marty and Kimberly N Johnson : Case No. 12−17783−sr
    Debtor(s)

### *ORDER*
_____

AND NOW, this day , April 16, 2013 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Stephen Raslavich
Judge , United States Bankruptcy Court

26
Form 195