```
                            United States Bankruptcy Court
                            Eastern District of Pennsylvania
In re:                                                                  Case No. 12-17783-sr
Antonio Marty                                                           Chapter 7
Kimberly N Johnson
       Debtors                       CERTIFICATE OF NOTICE
District/off: 0313-2          User: PaulP                 Page 1 of 3                  Date Rcvd: Apr 16, 2013
                              Form ID: 222                Total Noticed: 39


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 18, 2013.
db/jdb      +Antonio Marty,    Kimberly N Johnson,    951 Johnson Street,    Chester, PA 19013-6406
aty         +CHRSITOPHER D’AMORE,    Saldutti, LLC,    800 Kings Highway NOrth,    Suite 300,
              Cherry Hill, NJ 08034-1511
smg          City of Philadelphia,    City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,
              1515 Arch Street 15th Floor,    Philadelphia, PA   19102-1595
smg         +U.S. Attorney Office,    c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,
              Philadelphia, PA 19106-4404
cr          +Motion Auto Sales,    c/o Robert L. Saldutti, Esquire,    Saldutti, LLC,    800 N. Kings Highway,
              Suite 300,   Cherry Hill, NJ 08034-1511
12834683     ABC Bail Bonds,    434 Dr. Martin Luther King Blvd,    Camden, NJ 08105
12834687    +Ar Resources Inc,    1777 Sentry Pkwy W,    Blue Bell, PA 19422-2206
12834689    +Bureau Of Collection R,    7575 Corporate Way,    Eden Prairie, MN 55344-2000
12834688    +Bureau Of Collection R,    Attention: Bankruptcy 7575 Corporate Way,    Eden Prairie, MN 55344-2000
12834692    +Commercial Acceptance,    2 W Main St,    Shiremanstown, PA 17011-6326
12834693    +Credit Portfolio Services,    PO Box 57071,    Irvine, CA 92619-7071
12834697    +Er Solutions,    800 SW 39Th St,    Renton, WA 98057-4975
12834696    +Er Solutions,    PO Box 9004,    Renton, WA 98057-9004
12834699    +Financial Recoveries,    200 E Park Dr Ste 100,    Mount Laurel, NJ 08054-1297
12834698    +Financial Recoveries,    PO Box 1388,    Mount Laurel, NJ 08054-7388
12834701    +Jefferson Capital,    16 McLeland Rd,    Saint Cloud, MN 56303-2198
12834700    +Jefferson Capital,    16 McLeland Rd,    St Cloud, MN 56303-2198
12834702    +Lancer Investments LLC,    c/o Obrien & Taylor,    175 Fairfield Ave,    POB 505,
              West Caldwell, NJ 07007-0505
12834703    +Mica Church & Jaray Lewis,    2638 Boxwood Dr,    Wilmington, DE 19810-1608
12834705    +Motion Auto Sales,    400 Black Horse Pike,    Mt Ephram, NJ 08059-2010
12834707    +Pro Credit,    537 Chester Pike,    Prospect Park, PA 19076-1406
12834708    +Remex Inc,    307 Wall St,    Princeton, Nj 08540-1515
12834711    +State of New Jersey,    Dept of Labor & Workforce Developme,    POB 951,    Trenton, NJ 08625-0951
12834712    +Trident Asset Manageme,    5755 Northpoint Pkwy Ste,    Alpharetta, GA 30022-1142
12834713    +United Rev,    PO Box 1892,    Bensalem, PA 19020-6892

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 17 2013 02:33:16
              Pennsylvania Department of Revenue,    Bankruptcy Division,   P.O. Box 280946,
              Harrisburg, PA   17128-0946
12834686     EDI: PHINAMERI.COM Apr 17 2013 02:08:00      Americredit,    POB 183593,   Alrington TX 76096
12834685    +EDI: AFNIRECOVERY.COM Apr 17 2013 02:08:00      Afni, Inc.,   Attn: Bankruptcy PO Box 3097,
              Bloomington, IL 61702-3097
12834684    +EDI: AFNIRECOVERY.COM Apr 17 2013 02:08:00      Afni, Inc.,   PO Box 3427,
              Bloomington, IL 61702-3427
12861526    +EDI: ATLASACQU.COM Apr 17 2013 02:08:00      Atlas Acquisitions LLC,    294 Union St.,
              Hackensack, NJ 07601-4303
12834690    +EDI: CBCSI.COM Apr 17 2013 02:08:00      Cbcs,   PO Box 164089,    Columbus, OH 43216-4089
12834691    +EDI: CBCSI.COM Apr 17 2013 02:08:00      Cbcs,   PO Box 163250,    Columbus, OH 43216-3250
12834695    +E-mail/Text: bknotice@erccollections.com Apr 17 2013 02:33:57       Enhanced Recovery Corp,
              8014 Bayberry Rd,    Jacksonville, FL 32256-7412
12834694    +E-mail/Text: bknotice@erccollections.com Apr 17 2013 02:33:57       Enhanced Recovery Corp,
              Attention: Client Services 8014 Bayberry,    Jacksonville, FL 32256-7412
12834697    +EDI: CONVERGENT.COM Apr 17 2013 02:08:00      Er Solutions,    800 SW 39Th St,
              Renton, WA 98057-4975
12834696    +EDI: CONVERGENT.COM Apr 17 2013 02:08:00      Er Solutions,    PO Box 9004,   Renton, WA 98057-9004
12834700    +EDI: JEFFERSONCAP.COM Apr 17 2013 02:08:00      Jefferson Capital,    16 McLeland Rd,
              St Cloud, MN 56303-2198
12834701    +EDI: JEFFERSONCAP.COM Apr 17 2013 02:08:00      Jefferson Capital,    16 McLeland Rd,
              Saint Cloud, MN 56303-2198
12834704    +EDI: MID8.COM Apr 17 2013 02:08:00      Midland Funding,    8875 Aero Dr Ste 200,
              San Diego, CA 92123-2255
12834706    +E-mail/Text: gangelo@northernres.com Apr 17 2013 02:34:12       Nrthn Resol,   PO Box 566,
              Amherst, NY 14226-0566
12834709    +EDI: PHINRJMA.COM Apr 17 2013 02:08:00      Rjm Acq Llc,    575 Underhill Blvd Suite 224,
              Syosset, NY 11791-3416
12834710    +EDI: PHINRJMA.COM Apr 17 2013 02:08:00      Rjm Acq Llc,    575 Underhill Blvd Ste 2,
              Syosset, NY 11791-3426
12842652     EDI: ECAST.COM Apr 17 2013 02:08:00      eCAST Settlement Corporation,    POB 35480,
              Newark NJ 07193-5480
                                                                                               TOTAL: 18

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```

```
District/off: 0313-2           User: PaulP                  Page 2 of 3                   Date Rcvd: Apr 16, 2013
                               Form ID: 222                 Total Noticed: 39

cr*            +Atlas Acquisitions LLC,    294 Union St.,    Hackensack, NJ 07601-4303
NONE*           eCAST Settlement Corporation,    POB 35480,    Newark, NJ   07193-5480
                                                                                          TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 18, 2013**                    **Signature:**    *Joseph Speetjens*

```
District/off: 0313-2           User: PaulP              Page 3 of 3              Date Rcvd: Apr 16, 2013
                               Form ID: 222             Total Noticed: 39
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 16, 2013 at the address(es) listed below:
              GARY F SEITZ    gseitz@rawle.com, de11@ecfcbis.com
              GILBERT B. WEISMAN    on behalf of    eCAST Settlement Corporation notices@becket-lee.com
              LAWRENCE S. RUBIN    on behalf of Debtor Antonio Marty echo@pennlawyer.com,   foxtrot@pennlawyer.com
              ROBERT L. SALDUTTI    on behalf of Creditor   Motion Auto Sales rsaldutti@saldutticollect.com,
               lmarciano@saldutticollect.com;pwirth@saldutticollect.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 5

**B18J (Form 18J) (08/07)**

# United States Bankruptcy Court

Eastern District of Pennsylvania
**Case No. 12–17783–sr**
**Chapter 7**

**In re** Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Antonio Marty                                    Kimberly N Johnson
951 Johnson Street                               951 Johnson Street
Chester, PA 19012                                Chester, PA 19012

Social Security / Individual Taxpayer ID No.:
  xxx–xx–6186                                    xxx–xx–1740

Employer Tax ID / Other nos.:

## DISCHARGE OF JOINT DEBTORS

It appearing that the debtors are entitled to a discharge,

**IT IS ORDERED:**

The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

                                                 BY THE COURT

Dated: 4/16/13                                   Stephen Raslavich
                                                 United States Bankruptcy Judge

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

*Form 18J (08/07)*

**EXPLANATION OF BANKRUPTCY DISCHARGE
IN A JOINT CHAPTER 7 CASE**

This court order grants a discharge to the persons named as the debtors. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect from the debtors a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtors. A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtors' property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts That are Discharged**

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

**Debts That are Not Discharged**

Some of the common types of debts which are <u>not</u> discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes (in a case filed on or after October 17, 2005);

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans (in a case filed on or after October 17, 2005).

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**